UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN WULFEKUHLE,

    Plaintiff,

v.

                                            Case No. 23-cv-10035
                                            Hon. Matthew F. Leitman

DEBORAH SPRANKLE,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS COUNTS 3-7 (ECF No. 4) WITHOUT PREJUDICE

On July 20, 2023, the Court held a hearing on Defendant Deborah Sprankle's Motion to Dismiss Counts 3-7 (ECF No. 4). For the reasons explained on the record during that hearing, the motion is **DENIED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: July 20, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2023, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126