UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN WULFEKUHLE,

    Plaintiff,

v.

                                                 Case No. 23-cv-10035
                                                 Hon. Matthew F. Leitman

DEBORAH SPRANKLE,

    Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS OR TRANSFER THE CASE FOR IMPROPER VENUE AND TO DISMISS COUNTS 3-11 OF THE FIRST AMENDED COMPLAINT (ECF No. 18)**

On October 15, 2024, the Court held a hearing on Defendant Deborah Sprankle's motion to dismiss or transfer this action for improper venue and to dismiss Counts 3-11 of the First Amended Complaint. (*See* Mot., ECF No. 18.) For the reasons explained on the record, **IT IS HEREBY ORDERED** as follows:

- The motion is **DENIED** to the extent that it seeks to dismiss the First Amended Complaint based on improper venue;

- The motion is **DENIED** to the extent that it seeks to transfer this action to the United States District Court for the Middle District of North Carolina;

- The motion is **GRANTED** as to the following Counts of the First Amended Complaint: Count 4 (Innocent Misrepresentation); Count 5

1

(Negligent Misrepresentation); Count 7 (Statutory Conversion); and Count 10 (Breach of Promise to Marry). Those claims are **DISMISSED**; and

- The motion is **DENIED** in all other respects.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 15, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126